**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 02-7047

---

THELBERT NOLAN "PETE" FUTRELL,

Petitioner - Appellant,

versus

WILLIAM D. CATOE, Director, South Carolina
Department of Corrections; CHARLES M. CONDON,
Attorney General of the State of South
Carolina,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Florence. Patrick Michael Duffy, District Judge.
(CA-00-1082-4-23)

---

Submitted: December 11, 2002          Decided: December 31, 2002

---

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Court.

---

Dismissed by unpublished per curiam opinion.

---

Thelbert Nolan Futrell, Appellant Pro Se.  Donald John Zelenka,
Chief Deputy Attorney General, Jeffrey Alan Jacobs, OFFICE OF THE
ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thelbert Nolan "Pete" Futrell seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude on the reasoning of the district court that Futrell has not made a substantial showing of the denial of a constitutional right. See Futrell v. Catoe, No. CA-00-1082-4-23 (D.S.C. June 21, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). Futrell's motion for oral argument is denied because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2